**MADE JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WARD, et al., | CASE NO.: EDCV 11-1562-GW(JCGx) |
| *Plaintiff,* | **ORDER DISMISSING ALL CLAIMS BETWEEN DEFENDANTS AND PLAINTIFFS WARD AND LEE, WITH PREJUDICE** |
| vs. | |
| GOINDUSTRY USA, INC., et al., | |
| *Defendants.* | |

GOOD CAUSE appearing therefore,

IT IS HEREBY ORDERED that all claims in this action by Ward and Lee against Defendants, and all claims by Defendants against Ward and Lee filed herein in the "Counterclaims and Cross Claims for Damages and Equitable Relief," shall be dismissed, with prejudice.

DATED: January 10, 2012

*[signature]*

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE

1